```
BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KATHLEEN L. BOWMAN,           | CASE NO. 2:12-cv-00527-DAD |
|-------------------------------|----------------------------|
| Plaintiff,                    |                            |
| v.                            | STIPULATION FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT; ORDER THEREON |
| COMMISSIONER OF SOCIAL SECURITY, |                         |
| Defendant.                    |                            |

The parties hereby stipulate with the permission of the Court as indicated in the order below, that Plaintiff shall have an additional thirty (30) days to file her motion for summary judgment in the above-captioned action. Plaintiff requests the extension of time because the press of business prevents counsel from responding to Defendant's answer as provided in the Scheduling Order dated February 28, 2012. Accordingly, Plaintiff's motion for summary judgment will be due on or before September 19, 2012.

DATED: August 20, 2012            /s/ Richard Shore (Approval via Email)
                                  RICHARD SHORE
                                  Attorney at Law
                                  Attorney for Plaintiff


DATED: August 20, 2012            BENJAMIN B. WAGNER
                                  United States Attorney

                          By:     /s/ Bobbie J. Montoya
                                  BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney
                                  Attorneys for Defendant

/////

/////

1  **PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR**
2  **GOOD CAUSE SHOWN, IT IS SO ORDERED.**
3  **DATED: August 22, 2012.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\bowman0527.stip.eot.ord